## UNILOC LUXEMBOURG S.A., and Uniloc USA, Inc., Plaintiffs–Appellants,

v.

## ECLINICAL WORKS, LLC, and Pulse Systems, Inc., Defendants–Appellees.

### No. 2014–1005.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2014.

Lawrence M. Hadley, McKool Smith Hennigan, P.C., of Los Angeles, CA, argued for plaintiffs-appellants. With him

on the brief was Alan P. Block; and Daniel L. Geyser, of Dallas, TX. Of counsel on the brief was James L. Etheridge, Etheridge Law Group, of Southlake, TX.

Keith M. Aurzada, Bryan Cave LLP, of Dallas, TX, argued for defendant-appellee, eClinical Works, LLC. With him on the brief was John C. Bush, of Atlanta, GA. Of counsel on the brief was Ryan T. Pumpian, Bloom Sugarman Everett, LLP, of Atlanta, GA.

Don V. Kelly, Evans & Dixon, LLC, of Saint Louis, MO, argued for defendant-appellee, Pulse Systems, Inc.

MOORE, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**